852

No. 51, Misc. MASTRACCHIO *v.* SUPERIOR COURT OF RHODE ISLAND FOR PROVIDENCE COUNTY. Supreme Court of Rhode Island. Certiorari denied.

No. 54, Misc. NELSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 55, Misc. JONES *v.* EYMAN, WARDEN. Supreme Court of Arizona. Certiorari denied. Petitioner *pro se. Robert W. Pickrell,* Attorney General of Arizona, and *Merton E. Marks,* Assistant Attorney General, for respondent.

No. 60, Misc. BARTIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *H. Alva Brumfield* and *Sylvia Roberts* for petitioner. *Solicitor General Cox* for the United States.

No. 62, Misc. SWAM *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Paul H. Ferguson* for petitioner. *Solicitor General Cox* for the United States et al.

No. 63, Misc. DRAPER *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondents.

No. 69, Misc. BROOKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.